Gary J. Valeriano (SBN 89644)
Mark J. Krone (SBN 219806)
**ANDERSON, MCPHARLIN & CONNERS LLP**
444 South Flower St., 31st Floor
Los Angeles, California 90071
Telephone: (213) 688-0080
Facsimile: (213) 622-7594
gjv@amclaw.com
mk@amclaw.com

Greg K. Winslett, *pro hac vice*
Texas Bar No. 21781900
Tammy L. Clary, *pro hac vice*
Texas Bar No. 24001894
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, PC**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-21000
Facsimile: (214) 871-2111
gwinslett@qslwm.com
tclary@qslwm.com

Attorneys for Defendant
RLI INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RLI INSURANCE COMPANY, an Illinois corporation, DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.  CV 14-08031 FMO (SHx)<br><br>Assigned to: Judge Fernando M. Olguin<br><br>**AGREED ORDER OF DISMISSAL** |

All parties have announced to the Court that all claims asserted by, between and amongst them have been settled.  Having considered the Joint Stipulation of Dismissal, the Court makes and delivers the following ruling:

IT IS ORDERED that all claims and causes of action which were or could have been asserted herein by any of the parties are in all respects dismissed with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that this civil action is hereby dismissed, with court costs to be borne by the party incurring same.

SIGNED this  18th  day of ____May_____, 2015.

                                                 /s/  Fernando M. Olguin
                                     UNITED STATES DISTRICT JUDGE

4825-1449-4242, v.  1